```
FILED
October 23, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                        )<br>            Plaintiff,             )<br> v.                                     )<br>                                        )<br> Mark Antonie Lawson,       )<br>                                        )<br> _____ )<br>            Defendant. | Case No. 2:06-cr-417 LKK<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Mark Antonie Lawson   Case 2:06-cr-417 LKK   from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   $100,000 Unsecured bond, to be co-signed by designated family members

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other)   PTS conditions/supervision; 3rd party custody of Kelseys

Issued at   Sacramento, CA   on 10/23/06   at   4:31 p.m.

By  _____
    Kimberly J. Mueller,
    United States Magistrate Judge