1   L. BRUCE LOCKE (#177787)
    Moss & Locke
2   555 University Avenue, Suite 150
    Sacramento, CA 95825
3   (916) 569-0667
    (916) 569-0665 fax
4   Attorneys for
    MARK A. LAWSON

5

6                   IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,          )      No.   CR. S-06-417 LKK
                                        )
9                   Plaintiff,          )
                                        )      ORDER
10                                      )
                                        )
11          v.                          )
                                        )
12  MARK A. LAWSON,                     )
                                        )
13                  Defendant.          )
    _____)

14          This matter came before the Court on October 31, 2006 for status.  Defendant moved to

15  continue the matter until January 17, 2007 to give the defense time to review the discovery received

16  recently from the government.  The United States had no objection.

17          The defendant, through counsel, requested that the time between October 31, 2006 and

18  January 17, 2007 be excluded from the Speedy Trial calculation because the time was required to

19  enable defense counsel to prepare the case for trial.  The Court asked the defendant whether he

20  understood his right to a speedy trial and whether he concurred in this counsel's request to waive

21  the provisions of the Speedy Trial Act until the next status conference.  The defendant stated that

22  he did understand and he did wish to waive the provisions of the Speedy Trial Act at least until the

23  next status conference.

24          Accordingly, I set the next status conference for January 17, 2007 at 9:30 a.m., and I find that

25  counsel needs that time to prepare and that the time between October 31, 2006 and January 17, 2007

26  should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [Local

27  Code T4].

28

29                                          1

1   I further find, based upon the agreement of the parties, that the ends of justice are met by

2   excluding time and that the defendant's need for additional time to prepare exceeds the public

3   interest in a trial with 70 days.

4   Dated: _____

5                                                          LAWRENCE K. KARLTON
                                                         SENIOR JUDGE
6                                                        UNITED STATES DISTRICT JUDGE

7   DATED: Tuesday, July 18, 2006          _____/S/ - Susan Pruett_____
    SUSAN PRUETT

8   APPROVED:

9   DATED: Tuesday, July 18, 2006          _____/S/ L. Bruce Locke_____
                                            BRUCE LOCKE
10                                          Attorney for Susan Pruett

11

12

13          IT IS SO ORDERED.

14

15   DATED: November 1, 2006

16                                          LAWRENCE K. KARLTON
                                            SENIOR JUDGE
17                                          UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

29                              2