L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MARK A. LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-06-417 LKK |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| MARK A. LAWSON, | ) | |
| Defendant. | ) | |

This matter came before the Court on January 17, 2007 for status. Defendant moved to continue the matter until March 13, 2007 to give the defense time to arrange for a forensic computer expert to examine the computer in the possession of the government. The United States had no objection.

The defendant, through counsel, requested that the time between January 17, 2007 and March 13, 2007 be excluded from the Speedy Trial calculation because the issue of the computer usages is complex and defense counsel needs the additional time to properly prepare the case. The Court asked the defendant whether he understood his right to a speedy trial and whether he concurred in this counsel's request to waive the provisions of the Speedy Trial Act until the next status conference. The defendant stated that he did understand and he did wish to waive the provisions of the Speedy Trial Act at least until the next status conference.

Accordingly, I set the next status conference for March 13, 2007 at 9:30 a.m., and I find that counsel needs that time to prepare and that the time between January 17, 2007 and March 13, 2007 should be excluded under the Speedy Trial Act pursuant to Local Codes T-2 and T-4.

1    I further find, based upon the agreement of the parties, that the ends of justice are met by
2 excluding time and that the defendant's need for additional time to prepare exceeds the public
3 interest in a trial with 70 days.

5 Dated: January 18, 2007

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

2