L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MARK A. LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-06-417 LKK |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| MARK A. LAWSON, | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter came before the Court on March 13, 2007 for status.  Defendant moved to continue the matter until April 10, 2007 to give the defense time to attempt to resolve the case and to conduct additional investigation. The United States had no objection.

The defendant, through counsel, requested that the time between March 13, 2007 and April 10, 2007 be excluded from the Speedy Trial calculation because the time was required to enable defense counsel to prepare the case for trial.  The Court asked the defendant whether he understood his right to a speedy trial and whether he concurred in this counsel's request to waive the provisions of the Speedy Trial Act until the next status conference.  The defendant stated that he did understand and he did wish to waive the provisions of the Speedy Trial Act at least until the next status conference.

Accordingly, I set the next status conference for April 10, 2007 at 9:30 a.m., and I find that counsel needs that time to prepare and that the time between March 13, 2007 and April 10, 2007 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [Local Code T4].

1

I further find, based upon the agreement of the parties, that the ends of justice are met by excluding time and that the defendant's need for additional time to prepare exceeds the public interest in a trial with 70 days.

Dated: March 16, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT