L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MARK A. LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARK A. LAWSON,<br><br>　　　　Defendant. | No.  CR. S-06-417 LKK<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM APRIL 10, 2007  TO APRIL 24, 2007 AT 9:30 A.M. |

　　　　The defendant, Mark Lawson, and the United States, by and through their respective attorneys, hereby stipulate that the status conference currently set for April 10, 2007 should be continued to April 24, 2007 at 9:30 a.m.  The reason for the continuance is that the defendant needs additional time to discuss resolution of this case without trial  with the government and to determine what additional investigation, if any, is needed in order to prepare this case properly.

　　　　The defense also requests that the Court exclude the time from the date that this Order is signed to April 24, 2007 from the Speedy Trial Act calculation pursuant to Local Code T4 for defense preparation. The government agrees that the time should be excluded.  Laura Ferris, the attorney for the United States, has authorized Bruce Locke to sign this Stipulation and Order for her.

DATED: April 5, 2007　　　　　　　　　　　　　　　/S/ Bruce Locke
　　　　　　　　　　　　　　　　　　　　　　　　L. BRUCE LOCKE
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for MARK LAWSON

1

DATED: April 5, 2007                    /S/ Laura Ferris by Bruce Locke
                                        LAURA FERRIS
                                        Attorney for the UNITED STATES

    IT IS SO ORDERED.

DATED: April 6, 2007


                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT