L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MARK A. LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-06-417 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE AND SETTING A MOTION SCHEDULE |
| v. | ) | |
| MARK A. LAWSON, | ) | |
| Defendant. | ) | |

The defendant, Mark Lawson, and the United States, by and through their respective attorneys, hereby stipulate that the status conference currently set for April 24, 2007 should be continued to August 14, 2007 at 9:30 a.m.  The reason for the continuance is that the defendant will file by June 15, 2007 a motion to suppress statements that the defendant made to the government. The government will file its opposition to the motion by July 17, 2007 and the defense will file its reply to the government's opposition by July 31, 2007 and a hearing will be held on August 14, 2007

The defense also requests that the Court exclude the time from the date that this Order is signed to June 15, 2007 from the Speedy Trial Act calculation pursuant to Local Code T4 for defense preparation of the motion. The undersigned defense attorney's trial schedule precludes his being able to file the motion prior to June 15, 2007.  Time will automatically be excluded from June 15, 2007 to the hearing on August 14, 2007,  based upon the motion that the defense will file by that date.   The government agrees that the time should be excluded.  Laura Ferris, the attorney for the United States, has authorized Bruce Locke to sign this Stipulation and Order for her.

1

1

2

3  DATED: April 19, 2007 　　　　　　　　　　　　　/S/ Bruce Locke
　　　　　　　　　　　　　　　　　　　　　　　　　L. BRUCE LOCKE
4　　　　　　　　　　　　　　　　　　　　　　　　Attorney for MARK LAWSON

5

6  DATED: April 19, 2007 　　　　　　　　　　　／S/ Laura Ferris by Bruce Locke
　　　　　　　　　　　　　　　　　　　　　　　　　LAURA FERRIS
7　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the UNITED STATES

8

9 　　　　IT IS SO ORDERED.

10

11  DATED: April 20, 2007
　　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
12　　　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29　　　　　　　　　　　　　　　　　　2