McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>     Plaintiff,               )<br>                               )<br>     v.                        )<br>                               )<br>                               )<br> MARK ANTONIE LAWSON,          )<br>                               )<br>                               )<br>     Defendant.                )<br>_____) | CR.S-06-417 LKK<br><br>STIPULATION AND ORDER<br><br>DATE: October 2, 2007<br>TIME: 10:30am<br>COURT: Hon. Lawrence K. Karlton |

The United States and defendant Mark A. Lawson, by and through their respective attorneys, hereby stipulate that the pending Hearing for the Motion to Suppress Statements Made to Law Enforcement currently scheduled for October 2, 2007, be rescheduled to October 16, 2007, at 10:30am.  The continuance is needed as counsel for the government is ill and in order to permit substitute counsel to prepare.

///

///

1

1    The parties also agree that the Court exclude time from the date
2 that this Order is signed to October 16, 2007, from the Speedy Trial
3 Act calculation given that the motion to suppress is still pending.

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: September 28, 2007               /s/ Laura L. Ferris
                                        By: LAURA L. FERRIS
                                        Assistant United States Attorney


DATED: September 28, 2007               /s/ Bruce Locke
                                        L. BRUCE LOCKE
                                        Assistant United States Attorney


**IT IS SO ORDERED.**

DATED: September 28, 2007

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT