McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>                            )<br>                            )<br>                            )<br>MARK ANTONIE LAWSON,        )<br>                            )<br>            Defendants.     )<br>_____ ) | CR. S-06-0417 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING MOTIONS HEARING<br><br>Date: October 16, 2007<br>Time: 10:30 am<br>Court: Hon. Lawrence K. Karlton |

The parties request that the motions hearing currently set for Tuesday, October 16, 2007, at 10:30 am, be continued to Tuesday, December 4, 2007, at 10:00 a.m., and stipulate that the time beginning October 16, 2007, and extending through December 4, 2007, should be excluded from the calculation of time under the Speedy Trial Act.  As there are pending motions in this case, the exclusion of time is appropriate under 18 U.S.C. § 3161(h)(1)(F) and Local Code E.  This delay is necessary in order

///

///

///

1

to permit the appearance of two key witnesses needed by both parties who will be out of the state on October 16, 2007.

                                            Respectfully Submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

Dated: October 11, 2007        By:*/s/ Kyle Reardon*
                                            KYLE REARDON
                                            Assistant U.S. Attorney

Dated: October 11, 2007        By:*/s/ Kyle Reardon* for
                                            BRUCE LOCKE
                                            Attorney for defendant

**ORDER**

The motions hearing in case number S-06-0417 LKK, currently set for October 16, 2007, at 10:30 a.m., is continued to December 4, 2007, at 10:00 a.m., and the time beginning October 16, 2007, and extending through December 4, 2007, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161(h)(1)(F) and Local Code E.

IT IS SO ORDERED.

Dated: October 15, 2007

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT