L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MARK A. LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR. S-06-417 LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE EVIDENTIARY |
| v. | ) | HEARING FROM |
| | ) | JANUARY 3, 2008  TO |
| MARK A. LAWSON, | ) | FEBRUARY 20, 2008 AT 10:00 A.M. |
| | ) | |
| Defendant. | ) | |

   The defendant, Mark Lawson, and the United States, by and through their respective attorneys, hereby stipulate that the evidentiary hearing currently set for January 3, 2008 should be continued to February 20, 2008 at 10:00 a.m.  The reason for the continuance is that the attorney for the defendant will be in trial before Judge Shubb during January and early February and will be unable to attend a hearing during that time period.

    The attorney for the United States, has authorized Bruce Locke to sign this Stipulation and Order for him.

DATED: December 20, 2007          /S/ Bruce Locke
                                  L. BRUCE LOCKE
                                  Attorney for MARK LAWSON


DATED: December 20, 2007          /S/ Kyle Reardon by Bruce Locke
                                  KYLE REARDON
                                  Attorney for the UNITED STATES


   IT IS SO ORDERED.

DATED: January 2, 2008
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT