1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   MARK A. LAWSON
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )      No.  CR. S-06-417 LKK
                                     )
9            Plaintiff,              )
                                     )      STIPULATION AND ORDER
10                                   )      CONTINUING THE EVIDENTIARY
       v.                            )      HEARING  FROM
11                                   )      FEBRUARY 29, 2008  TO
   MARK A. LAWSON,                   )      APRIL 4, 2008 AT 10:00 A.M.
12                                   )
             Defendant.              )
13 _____  )

14     The defendant, Mark Lawson, and the United States, by and through their respective

15 attorneys, hereby stipulate that the evidentiary hearing currently set for February 29, 2008 should

16 be continued to April 4, 2008 at 10:00 a.m.  The reason for the continuance is that the attorney for

17 the defendant will be out of town on February 29, 2008 and unable to attend a hearing at that time.

18     The attorney for the United States, has authorized Bruce Locke to sign this Stipulation and

19 Order for him.

20
   DATED: February 20, 2008            /S/ Bruce Locke
21                                    _____
                                       L. BRUCE LOCKE
                                       Attorney for MARK LAWSON
22

23
   DATED: February 20, 2008            /S/ Kyle Reardon by Bruce Locke
24                                    _____
                                       KYLE REARDON
                                       Attorney for the UNITED STATES
25

26

27 IT IS SO ORDERED

28 DATED: February 25, 2008

29                                    _____
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT