McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        ) CR. No. S-06-0417 LKK
                                 )
          Plaintiff,             )
                                 )
     v.                          ) ORDER CONTINUING STATUS
                                 ) CONFERENCE
MARK ANTONIE LAWSON,             )
                                 )
          Defendant.             )
                                 )
                                 )
_____)

**ORDER**

The parties appeared before the Court on Tuesday, May 20, 2008, in case number S-06-0417 LKK.  At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for May 20, 2008, at 9:30 a.m., be continued to September 23, 2008, at 9:30 a.m., and that the time beginning May 20, 2008, and extending through September 23, 2008, was excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The exclusion of time is appropriate due to the interlocutory appeal filed by the government on May 2, 2008.  18

1 | U.S.C. § 3161(h)(1)(E); Local Code D.  Furthermore, the
2 | government intends to provide defense counsel with additional
3 | discovery in this case, including additional forensic
4 | examinations of the defendant's computer.  The additional time is
5 | necessary to ensure defense counsel's effective preparation upon
6 | receipt of this material, taking into account the exercise of due
7 | diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.
8 |     ACCORDINGLY, it is hereby ordered that the status conference
9 | set for May 20, 2008, at 9:30 a.m., be continued to September 23,
10 | 2008, at 9:30 a.m., and that the time beginning May 20, 2008, and
11 | extending through September 23, 2008, be excluded from the
12 | calculation of time under the Speedy Trial Act.  The Court finds
13 | that the interests of justice served by granting this continuance
14 | outweigh the best interests of the public and the defendant in a
15 | speedy trial.  18 U.S.C. § 3161(h)(8)(A).
16 |     IT IS SO ORDERED.

Dated: May 27, 2008

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT