McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK ANTONIE LAWSON, ) <br> ) <br> ) <br> Defendant ) <br> _____) | CR. No.  2:06-CR-417-LKK <br><br> ORDER EXCLUDING TIME UNDER THE <br> SPEEDY TRIAL ACT |

  The parties appeared before the Court on September 23, 2008 at 9:15 a.m.  The government was represented by Assistant U.S. Attorney Daniel S. McConkie. The defendant was represented by Dina Santos because his attorney of record, Bruce Locke, is in trial. At the request of all parties the status conference was continued until October 7, 2008 at 9:15 a.m.

///
///
///
///
///

1

1  Accordingly, the Court finds that the interests of justice
2 served by granting this continuance outweigh the best interests of
3 the public and the defendants in a speedy trial, 18 U.S.C. §§ 3161
4 (h)(8)(B)(iv) and time, therefore, will be excluded from September
5 23, 2008, through October 7, 2008.

DATE: September 24, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT