McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CR. No. S-06-0417 LKK |
| Plaintiff,           ) | |
| v.                              ) | ORDER CONTINUING STATUS CONFERENCE |
| MARK ANTONIE LAWSON,            ) | |
| Defendant.           ) | |

**ORDER**

The parties appeared before the Court on Tuesday, October 7, 2008, in case number S-06-0417 LKK.  At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for October 7, 2008, at 9:15 a.m., be continued to Monday, December 1, 2008, at 1:30 p.m., and that the time beginning October 7, 2008, and extending through December 1, 2008, was excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The exclusion of time is appropriate due to the complexity of the case and the defense counsel's need to prepare.  18 U.S.C.

1

§ 3161(h)(8)(B)(ii) and (iv); Local Codes T2 and T4.  The case involves a significant amount of computer evidence and defense counsel is in the process of hiring a computer expert to assist in examining and reviewing the evidence.

Furthermore, due to the requirements of the Adam Walsh Act, 18 U.S.C. § 3509, a copy of the computer evidence at issue in this case cannot be provided directly to defense counsel for his review because it contains suspected child pornography.  Rather, any review of the evidence must be conducted within law enforcement offices.  Consequently, a continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time to review the evidence given the limitations imposed by Congress and is necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for October 7, 2008, at 9:15 a.m., be continued to Monday, December 1, 2008, at 1:30 p.m., and that the time beginning October 6, 2008, and extending through December 1, 2008, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: October 8, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT