McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. S-06-0417 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| MARK ANTONIE LAWSON, | ) |
| Defendant. | ) |

**ORDER**

The parties appeared before the Court on Monday, March 3, 2009, in case number S-06-0417 LKK. At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for March 3, 2009, at 9:15 a.m., be continued to Tuesday, April 7, 2009, at 9:15 a.m., and that the time beginning March 3, 2009, and extending through April 7, 2009, was excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The exclusion of time is appropriate for defense preparation taking into account the exercise of due diligence. 18 U.S.C. §

1

3161(h)(8)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for March 3, 2009, at 9:15 a.m., be continued to Tuesday, April 7, 2009, at 9:15 a.m., and that the time beginning March 3, 2009, and extending through April 7, 2009, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: March 4, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT