L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MARK A. LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-06-417 LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING THE DATE FOR |
| | ) CHANGE OF PLEA FROM |
| MARK A. LAWSON, | ) APRIL 7, 2009 TO APRIL 21, |
| | ) 2009 AT 9:15 A.M. |
| Defendant. | ) |

The defendant, Mark Lawson, and the United States, by and through their respective attorneys, hereby stipulate that date set for change of plea should be continued from April 7, 2009 to April 21, 2009 at 10:00 a.m. The defense needs additional time to prepare for the change of plea. Time should be excluded from the Speedy Trial Act computation from April 7, 2009 to April 21, 2009 for defense preparation pursuant to Local Code T4..

The attorney for the United States, has authorized Bruce Locke to sign this Stipulation and Order for him.

DATED: Tuesday, March 31, 2009   /S/ Bruce Locke
L. BRUCE LOCKE
Attorney for MARK LAWSON

DATED: Tuesday, March 31, 2009   /S/ Bruce Locke
For KYLE REARDON
Attorney for the UNITED STATES

IT IS SO ORDERED.

DATED: April 3, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT