UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## INTEROFFICE MEMORANDUM

**TO:** Ana Rivas, Courtroom Clerk
of the Honorable Lawrence K. Karlton

**FROM:** Jeffrey C. Oestreicher
United States Probation Officer

**DATE:** July 31, 2009

**SUBJECT:** **Mark Antonie LAWSON**
Docket Number: 2:06CR00417-01
<u>JUDGMENT AND SENTENCING CONTINUANCE</u>

FILED
AUG - 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

The above matter is scheduled for judgment and sentencing on September 15, 2009. Based on scheduling conflicts, the probation officer has been unable to complete the presentence interview. All parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | <u>October 20, 2009 @ 9:15 AM</u> |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | <u>October 13, 2009</u> |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | <u>October 6, 2009</u> |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | <u>September 29, 2009</u> |
| The proposed Presentence Report shall be disclosed to counsel no later than: | <u>September 15, 2009</u> |

**Reviewed by:** _____
LINDA L. ALGER
**Supervising United States Probation Officer**

cc:  Kyle Reardon, Assistant United States Attorney
Bruce Locke, Defense Counsel

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (SCHED).MRG