L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MARK A. LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-06-417 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE DATE FOR |
| v. | ) | SENTENCING FROM |
| | ) | OCTOBER 20, 2009 TO NOVEMBER 24, |
| MARK A. LAWSON, | ) | 2009 AT 9:15 A.M. |
| | ) | |
| Defendant. | ) | |

The defendant, Mark Lawson, and the United States, by and through their respective attorneys, hereby stipulate that date set for sentencing should be continued from October 20, 2009 to November 24, 2009 at 9:15 a.m.  The defense needs additional time to prepare for the sentencing.

The attorney for the United States, has authorized Bruce Locke to sign this Stipulation and Order for him.

DATED: October 14, 2009         /S/ Bruce Locke
                                L. BRUCE LOCKE
                                Attorney for MARK LAWSON

DATED: October 14, 2009         /S/ Bruce Locke
                                For KYLE REARDON
                                Attorney for the UNITED STATES

    IT IS SO ORDERED.

DATED: October 14, 2009         LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

1