BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MARK A. LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK A. LAWSON,<br><br>Defendant. | No. CR. S-06-417 LKK<br><br>STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING FROM NOVEMBER 24, 2009 TO DECEMBER 8, 2009 AT 9:15 A.M. |

The defendant, Mark Lawson, and the United States, by and through their respective attorneys, hereby stipulate that date set for sentencing should be continued from November 24, 2009 to December 8, 2009 at 9:15 a.m. The sentencing memoranda will be due no later than December 1, 2009. The defense needs additional time to prepare for the sentencing. The attorney for the United States, has authorized Bruce Locke to sign this Stipulation and Order for him.

DATED: November 12, 2009    /S/ Bruce Locke
BRUCE LOCKE
Attorney for MARK LAWSON

DATED: November 12, 2009    /S/ Bruce Locke
For KYLE REARDON
Attorney for the UNITED STATES

IT IS SO ORDERED.

DATED:    November 17, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1